

Home page

Park it with...



# POWER CASTER, INC.

**Park it with a Power Caster**

Power Caster - The original trailer mover! Maneuver your RV or boat trailer in limited space with this powerful, easy to use and safe electric trailer dolly.

Power Caster handles all types of travel trailers (including fifth-wheels), boat trailers, ATV or jet ski trailers using a standard type hitch that has a crank-up jack.

- We've been in business for over 40 years
- We have had our Patent since 1967
- Call our toll-free number
- We have a money-back guarantee
- We use a **true 4-ply** tire, 85psi

**Power Caster, Inc.**
5001 Encinita Avenue
Temple City, CA  91780
626-287-6117
800-773-3833
Fax  626-285-7735
contact@powercaster.com

U.S. PATENT NO. D 212-800
U.S. PATENT NO. 3-439-764
CANADIAN PATENT NO. 849,328

All rights reserved

All rights reserved.
Power Caster, Inc.
1967 - 2008

Web page created 3-13-2008